UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 12-10152

ONE (1) GLOCK BSA MODEL 23
.40 CALIBER HANDGUN, S/N: KUB059, and
ONE (1) 2003 BMW Li,
VIN: WBAGN63403DR12476,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Plaintiff moved for entry of default judgment and final order of forfeiture against all interested parties as to Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059. A hearing on the motion was held on February 6, 2013. Accordingly, for the reasons set forth in the hearing,

IT IS ORDERED that Plaintiff's motion for entry of default judgment and final order of forfeiture against all interested parties as to Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059 [Dkt. # 19] is GRANTED.

IT IS FURTHER ORDERED that Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059 is hereby FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(11).

IT IS FURTHER ORDERED that the right, title, and ownership interest of Greg Oricho-Delawn Jones and/or Christopher A. Sean Jones Olbrys, or

their successors and assignees to said interests, in Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059, and any right, title, and interest of all other persons, are hereby and forever EXTINGUISHED, and that clear title to Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059 is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, or its delegate, is hereby AUTHORIZED to dispose of Defendant One (1) Glock BSA Model 23/.40 Caliber Handgun, Serial Number: KUB059 in accordance with law.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 7, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522